# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00354-CR

In re Kameron Pearson

### Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's "Original Petition for Writ of Mandamus," filed on October 9, 2025, is denied. All pending motions are dismissed as moot.

LEE HARRIS
Justice

OPINION DELIVERED and FILED: October 16, 2025

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Petition denied
Do Not Publish
OT06

